**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **CEDRIC BARGE,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 7:08-CV-104 (HL) |
| : | |
| **LANCE WALKER and** : | |
| **MICHELLE SMITH**, : | |
| : | |
| Defendants. : | |

_____

# ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered January 28, 2010 (Doc. 13) is before the Court. Petitioner has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation and denies Petitioner's Application for Federal Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

**SO ORDERED**, this the 1st day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh